EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT   3753
Assistant U.S. Attorney

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Fax:  (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 03-00360 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 18 U.S.C. § 2252 |
| | ) | [Child Pornography] |
| EDWARD JOHN DUGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about July 9, 2003, in the District of Hawaii, EDWARD JOHN DUGAN, having previously been convicted on November 24, 1998 under Hawaii state law of sexual assault in the second degree, an offense relating to abusive sexual conduct involving a minor, did knowingly receive visual depictions of minors engaged

in sexually explicit conduct, which visual depictions had been mailed, and shipped and transported in interstate commerce, with said EDWARD JOHN DUGAN knowing that the producing of such visual depictions involved the use of minors engaged in sexually explicit conduct, and that such visual depictions were of such conduct.

In violation of Title 18, United States Code, sections 2252(a)(2) and (b)(1).

## COUNT 2

The Grand Jury further charges:

On or about July 9, 2003, in the District of Hawaii, EDWARD JOHN DUGAN, having previously been convicted on November 24, 1998 under Hawaii state law of sexual assault in the second degree, an offense relating to abusive sexual conduct involving a minor, did knowingly possess matters which contained visual depictions of minors engaged in sexually explicit conduct, namely, photographs contained in a manila folder, with EDWARD JOHN DUGAN then knowing that the production of said visual depictions involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, sections 2252(a)(4) and (b)(2).

Dated: Honolulu, Hawaii, July 16, 2003.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Edward John Dugan</u>
"Indictment"
Cr. No. _____